UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTIONETTA DIGGS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13CV00624 |
| v. ) | |
| ) | Judge Rebecca R. Pallmeyer |
| LINEBARGER, GOGGAN, BLAIR ) | |
| & SAMPSON, LLP ) | |
| ) | |
| Defendant ) | |

## **PLAINTIFF'S MOTION FOR FINAL JUDGMENT**

NOW COMES Plaintiff, Antionetta Diggs, by and through her undersigned counsel and moves this Honorable Court for a final and appealable judgment, and in support of her motion states as follows:

On January 1, 2013, Plaintiff filed a three count complaint against Defendant for FMLA Interference, FMLA Retaliation, and Pregnancy Discrimination.

On April 02, 2013, Defendant filed its Answer and Affirmative Defenses.

On April 22, Plaintiff filed her motion to Strike Defendant's Affirmative Defenses.

On April 23, 2013, Defendant filed a Motion to Compel Arbitration and Motion to Dismiss for Lack of Jurisdiction.

On April 30, 2013, the Court ruled on Plaintiff's Motion to Strike Defendants Affirmative Defenses.

On June 14, 2013, the Court granted Defendant's Motion to Compel, but reserved ruling on other relief requested by Plaintiff in her Response to the Motion until additional information was provided by the parties.

On July 10, 2013, the Court ruled on the remaining issues arising out of Defendant's Motion to Compel.

Over 28 days have elapsed from the date of entry of the Court's last order (07/10/13), and neither party has filed any motion for any post-ruling relief.

There have been several rulings entered in this matter at various stages of the ligation, but no final judgment. As of the date of the filing of this Motion the case remains open and the Court retains jurisdiction.

Rule 4 of the Federal Rules of Appellate Procedure require judgment to be entered prior to any appeal.

WHEREFORE the Court having ruled on all motions and disposed of all pending issues in the case, Plaintiff requests a final and appealable judgment finally disposing of the case in its entirety.

Respectfully submitted,
Antionetta Diggs, Plaintiff

 /s/ Arnold Toole
Arnold E. Toole, Attorney for Plaintiff

Arnold E. Toole
Toole Law Office, LLC
Attorney for Plaintiff
1525 East 53rd Street, Suite 920
Chicago, IL  60615
aetoole@toolelaw.com
(773) 684-5730

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 8, 2013, a true and correct copy of the foregoing Plaintiff's **Motion for Final Judgment** was served electronically on the persons identified below via the Court's CM/ECF system.

| | |
|---|---|
| Daniel N. Ramirez | Andrew J. Purcell |
| Mario K. Castillo | Jeffrey M. Stein |
| Monty & Ramirez LLP | Tressler, LLP |
| 150 W. Parker Road, 3rd Flr. | 233 S. Wacker Drive, 22nd Flr. |
| Houston, TX 77076 | Chicago, IL  60606 |

 /s/  Arnold Toole
Arnold E. Toole

2